**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6143**

_____

ANTHONY EUGENE BROOKS,

                    Plaintiff - Appellant,

          v.

CITY OF NEWPORT NEWS, VIRGINIA; NEWPORT NEWS POLICE DEPARTMENT;
KEVIN CHRISTOPHER HARTIAN, Agent/Policer; UNITED STATES
ATTORNEY; SCOTT W. PUTNEY, Assistant U.S. Attorney; DEPARTMENT
OF JUSTICE; BUREAU OF PRISONS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (2:07-cv-00574-HCM-JEB)

_____

Submitted:  May 29, 2008          Decided:  June 5, 2008

_____

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Eugene Brooks, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Eugene Brooks appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brooks v. City of Newport News, No. 2:07-cv-00574-HCM-JEB (E.D. Va. Dec. 18, 2007). We deny Brooks' motions for appointment of counsel and to provide service. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED